IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LILIAN ONOH, | § | |
|    PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-00298-O |
| | § | |
| SAHARA REPORTERS MEDIA GROUP, | § | |
| INC., and LA KIESHA LANDRUM-PIERRE, | § | |
|    DEFENDANTS. | § | |

**PLAINTIFF'S MOTION FOR SUBSTITUED SERVICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Lilian Onoh files this Motion for Substituted Service on Defendants Sahara Reporters' Media Group, Inc. and La Kiesha Landrum-Pierre. In support of this motion, Plaintiff would show this honorable court as follows:

### *I. Unsuccessful Personal Service*

1.  Onoh filed this action seeking to recover damages for defamation and intentional infliction of emotional distress caused when the Defendants published false statements about her.

2.  Onoh forwarded the citations and copies of the *Plaintiff's Original Complaint* to Veronica Solano for service upon Defendant Landrum-Pierre who is both an individual defendant and an officer for Sahara Reporters' Media Group, Inc ("Sahara Reporters"). The address that Onoh found for Defendant Landrum-Pierre was 3648 E. Longridge Dr., Orange, California 92867. Ms. Solano made four (4) separate attempts to personally serve Defendant Landrum-Pierre with this process. All attempts were unsuccessful. Exhibit "1", Affidavit of Veronica Solano.

3.     Onoh then commissioned a skip trace for Defendant Landrum-Pierre. The result of that trace again returned that Defendant Landrum-Pierre's current address was 3648 E. Longridge Dr., Orange, California 92867. The only other addresses that came up in the trace were 6 and 19 years old. Exhibit "2", Affidavit of Norman Lee Collins.

4.     Onoh has discovered email addresses for Defendant Landrum-Pierre and for Defendant Sahara Reporters. Those addresses are lakeisha.landrum@gmail.com, customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com. Additionally, the skip trace revealed that Defendant Landrum-Pierre is active on several social media platforms including Facebook and LinkedIn. The skip trace also revealed that Defendant Landrum-Pierre has connections to websites such as the Sahara Reporters website (saharareporters.com) and a company called Emmeline Ventures (emmelineventures.vc).

## II. Request for Substituted Service

5.     Based on Solano's attempted service and on the skip trace results, Onoh believes that Defendant Landrum-Pierre and Defendant Sahara Reporters can be served through one of the email addresses for those Defendants. As Defendant Landrum-Pierre is the Chief Executive Officer for Defendant Sahara Reporters, Onoh's service on both Defendants would be effective at any of the email addresses.

6.     Federal Rule of Civil Procedure 4 (e) allows a Plaintiff to serve an individual in a judicial district of the United States by: *(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made… . Fed. R. Civ. P.* 4(e).

7.     Texas Rule of Civil Procedure 106 (b) provides that, upon motion supported by a sworn statement that the defendant may be found at a location where personal service has

been attempted but failed, a court may permit an alternative service including leaving a copy of the citation and petition with someone over the age of sixteen at the location, posting on social media or email, or other manner which is reasonably effective to give notice of the suit to the defendant. *Tex. R. Civ. P.* 106.

8.     As set forth in her affidavit, Solano was unable to complete service at the only current address Onoh could find for Defendant Landrum-Pierre. Based on the skip trace run by Collins, Solano has no other addresses that could be found. The only addresses that Onoh could find relating to Defendant Landrum-Pierre and Defendant Sahara Reporters were the ones listed in this Motion. Exhibit "3", Declaration of Lilian Onoh.

9.     Onoh requests that this Court allow her to complete service of process on Defendants serving a copy of the citation, the Original Complaint, and this Court's order to Defendants to the following email addresses: lakeisha.landrum@gmail.com, customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com.

WHEREFORE, PREMISES CONSIDERED, Onoh requests that this Court order service on Defendants by the above-referenced methods or in such other manner as this Court finds will be reasonably effective to give the Defendants notice of this suit, and that a true copy of this Court's order for substituted service be attached to and included with the citation and complaint to be served.

Respectfully submitted,

*WESTERBURG & THORNTON, P.C.*
8080 N. Central Expressway, Suite 1700
Dallas, Texas 75206
Phone No.:    214.528.6040
Facsimile:    214.540.7207
Email:        steve@mwtlaw.com


By:    *Steven Thornton*
       Steven Thornton
       State Bar No. 00789678

**ATTORNEY FOR PLAINTIFF**

# AFFIDAVIT OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 4:25-cv-00298-O

Plaintiff:
**Lilian Onoh**

vs.

Defendants:
**Sahara Reporters Media Group, Inc. et al.**

Received these papers on the 2nd day of April, 2025 at 12:32 pm to be served on **Sahara Reporters Media Group, Inc. by and through its Chief Executive Officer, La Kiesha Landrum Pierre, 3648 East Longridge Drive, Orange, Orange County, CA 92867.**

I, Veronica Solano, being duly sworn, depose and say that I:

**Attempted to deliver** the Summons in a Civil Action with Plaintiff's Original Complaint. After my due diligence search, careful inquiry, and diligent attempts, I could not obtain delivery on **Sahara Reporters Media Group, Inc. by and through its Chief Executive Officer, La Kiesha Landrum Pierre** for the reasons detailed in the comments below. All statements in this document detailing these efforts are based on my personal knowledge and are true and correct.

**Additional Information pertaining to this Service:**
4/07/2025  3:10 pm  Attempted delivery at 3648 East Longridge Drive, Orange, CA 92867. The front door had a surveillance camera. There was no answer. The mailbox says "The Reeds" on it.
4/9/2025  10:10 am  Attempted delivery at 3648 East Longridge Drive, Orange, CA 92867. There was no answer at the door. I also tried the neighbors but received no response.
4/12/2025  6:15 pm  Attempted delivery at 3648 East Longridge Drive, Orange, CA 92867. There was no answer at the door. I could see lights on inside the home. A Mercedes was parked in the driveway, but it had no front license plate, and I could not see what was listed on the back plate.
4/14/2025  1:45 pm  Attempted delivery at 3648 East Longridge Drive, Orange, CA 92867. There was no answer at the door. The Mercedes was still parked in the driveway. No noticeable changes were made since the previous attempt.

I certify that I am over the age of 21, have no interest in the above action, and am competent to testify. I am an Authorized Process Server in good standing. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state. All statements contained herein are based on my personal knowledge and are true and correct.

State of California, County of Orange
Subscribed and Sworn to before me on the 5th day of May, 2025
by the affiant who personally appeared.

NOTARY PUBLIC

Veronica Solano
Orange County; #6230

Our Job Serial Number: PEL-2025001579

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

B. CAMANOS JIMENEZ
COMM. # 2474007
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES NOV. 27, 2027

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.



# SKIP TRACE REPORT

**UNITED STATES DISTRICT COURT**
Northern District of Texas

Case Number: 4:25-cv-00298-O

Plaintiff: **Lilian Onoh**
vs.
Defendants: **Sahara Reporters Media Group, Inc. et al.**

**RESULTS:** According to the skip trace reports, 3648 E LONGRIDGE DR, ORANGE, CA, 92867 is still showing as the most recent address. I found no property or vehicles registered in her name.

She holds a California Driver's license issued in 2006. I believe, based on the address 1 LMU DR # MS2025, LOS ANGELES, CA 90045-2623, she was attending Loyola Marymount University.

Website - https://saharareporters.com
Facebook - https://www.facebook.com/search/top?q=la%20kiesha%20landrum-pierre
Linkenin - https://www.linkedin.com/in/lnlpierre
Website - https://www.emmelineventures.vc (According to her Linkedin profile she is also the Chairwoman for Emmeline Ventures)

Unfortunately, none of the social media revealed any other address information.
Possible cell - 617-863-0799. This appears to be a valid number. I called and left a message.

There is a federal tax lien that was recorded 2/19/2019, and at that time, she was living at 146 W 57TH ST APT 51E, NEW YORK, NY, 10019.
I believe she travels internationally and has relevant ties to Nigeria.

Also, the server that attempted service indicated that he thought the current occupants were the Reeds. I found that Louis Bayliss-Reed and Lawrence Reed are, by phone listings, the current occupants of 3648 E LONGRIDGE DR, ORANGE, CA 92867-2023 (ORANGE COUNTY).

My name is Norman Lee Collins, I am at least 18 years old, and my address is 18601 LBJ Freeway, Suite 220, Mesquite, TX 75150, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas, on the 2nd day of June 2025.

_____
**Norman Lee Collins**
PSC360; EXP. 7/31/2026

Our Job Serial Number: PEL-2025002275



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LILIAN ONOH, | § | |
|    PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-00298-O |
| | § | |
| SAHARA REPORTERS MEDIA GROUP, | § | |
| INC., and LA KIESHA LANDRUM-PIERRE, | § | |
|    DEFENDANTS. | § | |

## DECLARATION OF LILIAN ONOH

THE STATE OF TEXAS        §
                          §
COUNTY OF TARRANT         §

1.   I, the undersigned, am over 21 years of age, of sound mind, capable of making this Declaration, and have personal knowledge of the facts herein stated:

2.   I am the Plaintiff in the above-styled and numbered cause.

3.   This case involves lies and defamatory statements that have been published about me by Defendant Sahara Reporters Media Group, Inc. ("Sahara Reporters") and Defendant La Kiesha Landrum-Pierre on the website for Saraha Reporters.

4.   I understand that the process server that I hired was unable to serve Defendant Landrum-Pierre at the only address that we could find for her. I also understand that a skip trace was run for Defendant Landrum-Pierre and that revealed no other addresses.

5.   I have found four email addresses for either Defendant Sahara Reporters and/or Defendant Landrum-Pierre. Those addresses are: lakeisha.landrum@gmail.com, customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com.

**DECLARATION OF LILIAN ONOH**                                                                 **Page 1**

6.  From postings made on different websites and social media, I understand that these addresses are still in use by the Defendants. I have attached some of the postings showing the use of those addresses as an exhibit to this declaration.

7.  Given that a number of unsuccessful attempts were made to serve Defendants at Defendant Landrum-Pierre's residence, I am requesting that this Court allow me to serve the Citation, Complaint, and a copy of the Order allowing substituted service on the Defendants by emailing those documents to the four email addresses I have provided.

8.  I believe that service on the Defendants through these email addresses will be sufficient to give the Defendants notice of this suit.

My name is Lilian Onoh. My date of birth is ███████████. My address is c/o Westerburg & Thornton, P.C., 8080 North Central Expressway, Suite 1700, Dallas, Texas 75201. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tarrant County, State of Texas, on the _____ day of June, 2025.

_____  5ᵗʰ June 2025
Lilian Onoh

DECLARATION OF LILIAN ONOH                                                         Page 2

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
**FORM D**

Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

## 1. Issuer's Identity

| CIK (Filer ID Number) | Previous Names | [X] None | Entity Type |
|---|---|---|---|
| ▮▮▮▮ | | | [ ] Corporation |
| **Name of Issuer** | | | [X] Limited Partnership |
| Emmeline Ventures Fund I, LP | | | [ ] Limited Liability Company |
| **Jurisdiction of Incorporation/Organization** | | | [ ] General Partnership |
| DELAWARE | | | [ ] Business Trust |
| **Year of Incorporation/Organization** | | | [ ] Other (Specify) |
| [ ] Over Five Years Ago | | | |
| [X] Within Last Five Years (Specify Year) 2021 | | | |
| [ ] Yet to Be Formed | | | |

## 2. Principal Place of Business and Contact Information

| Name of Issuer | | | |
|---|---|---|---|
| Emmeline Ventures Fund I, LP | | | |
| Street Address 1 | | Street Address 2 | |
| 10645 Tatum Blvd, Suite 200-256 | | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| Phoenix | ARIZONA | 85028 | (503) 740-3262 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Emmeline Ventures GP I, LLC | - | |
| Street Address 1 | Street Address 2 | |
| 10645 Tatum Blvd, Suite 200-256 | | |
| City | State/Province/Country | ZIP/PostalCode |
| Phoenix | ARIZONA | 85028 |

Relationship: [ ] Executive Officer  [ ] Director  [X] Promoter

Clarification of Response (if Necessary):

**General Partner of the Issuer**

| Last Name | First Name | Middle Name |
|---|---|---|
| Goddess Pack Ventures Management, LLC | - | |
| Street Address 1 | Street Address 2 | |
| 10645 Tatum Blvd, Suite 200-256 | | |
| City | State/Province/Country | ZIP/PostalCode |
| Phoenix | ARIZONA | 85028 |

Relationship: [ ] Executive Officer  [ ] Director  [X] Promoter

Clarification of Response (if Necessary):

**Management Company of the Issuer**

| Last Name | First Name | Middle Name |
|---|---|---|
| Pierre | La Keisha | Landrum |
| Street Address 1 | Street Address 2 | |
| c/o Emmeline Ventures GP I, LLC | 3648 East Long Ridge Drive | |
| City | State/Province/Country | ZIP/PostalCode |
| ORANGE | CALIFORNIA | 92867 |

Relationship: [X] Executive Officer  [ ] Director  [ ] Promoter

Clarification of Response (if Necessary):

**Manager of the General Partner of the Issuer**

| Last Name | First Name | Middle Name |
|---|---|---|
| van Alebeek | Azin | Radsan |
| Street Address 1 | Street Address 2 | |

contactout.com/



+1.6178632121 and +1.6174956528.

### How to contact La Keisha Landrum Pierre?

To contact La Keisha Landrum Pierre send an email to lakeisha.landrum@gmail.com or la@emmelineventures.vc. If you want to call La Keisha Landrum Pierre try calling on +1.6178632121 and +1.6174956528.

### What company does La Keisha Landrum Pierre work for?

La Keisha Landrum Pierre works for Sahara Reporters Media Group

### What is La Keisha Landrum Pierre's role at Sahara Reporters Media Group?

La Keisha Landrum Pierre is Chairwoman, Former Chief Executive Officer

### What industry does La Keisha Landrum Pierre work in?

La Keisha Landrum Pierre works in the Online Media industry.



### Frequently Asked Questions about La Keisha Landrum Pierre

### What is La Keisha Landrum Pierre email address?

Email La Keisha Landrum Pierre at lakeisha.landrum@gmail.com and la@emmelineventures.vc. This email is the most updated La Keisha Landrum Pierre's email found in 2025.

### What is La Keisha Landrum Pierre phone number?

La Keisha Landrum Pierre phone number is +1.6178632121 and +1.6174956528.

### How to contact La Keisha Landrum Pierre?

To contact La Keisha Landrum Pierre send an email to lakeisha.landrum@gmail.com or la@emmelineventures.vc. If you want to call La Keisha Landrum Pierre try calling on +1.6178632121 and +1.6174956528.

### What company does La Keisha Landrum Pierre work for?

La Keisha Landrum Pierre works for Sahara Reporters Media Group



 

### La Keisha Landrum Pierre Work

- Chairwoman, Former Chief Executive Officer at **Sahara Reporters Media Group** in January 2015 to Present

- Board Member, Co-Founder at **Civic Media Lab** in May 2017 to Present

- Managing Director, Co-Founder at **Emmeline Ventures** in January 2022 to Present

See more

### La Keisha Landrum Pierre Skills

- Creative Writing
- Fundraising
- Public Relations

See more

### About La Keisha Landrum Pierre's Current Company

### Sahara Reporters Media Group

Discover more about Sahara Reporters Media Group →


  

**Emmeline Ventures careers**

### ContactOut
https://contactout.com

# La Keisha Landrum Pierre Email & Phone Number | Sahara...

To contact La Keisha Landrum Pierre send an email to lakeisha.landrum@gmail.com or la@emmelineventures.vc. If you want to call La Keisha Landrum ...

## Images


La Keisha Landrum Pie...


Show Her the Money ...

# EMMELINE ventures



haystack, dig through the coal mine. They believe a great founder can be found anywhere. Join us in funding the future.

**open form**



## contact us:

meetus@emmelineventures.vc

## follow us:

rareporters.com

Interested in Advertising with Sahara Reporters? Our audience is comprised of concerned African citizens and activists passionate about doing their part to wipe out government corruption and malfeasance in Africa.

Sahara Reporters integrates its message across platforms that engage web, mobile, social, and online video assets. Connect your brand's message with one of the largest and most impassioned audiences on both the African Continent and in the Diaspora.

E-mail us at marketing@saharareporters.com or use the form below.

**Your Name** *



Privacy Policy at any time by submitting a request to customerservice@saharareporters.com. Your continued use of any portion of the Website or SaharaReporters.com service following the posting of the revised policy will constitute your acceptance of the changes.

# How to contact us if you believe your privacy has been violated

If you suspect that your privacy has been violated or that SaharaReporters.com has not abided by the terms set forth in this policy, contact SaharaReporters.com by emailing customerservice@saharareporters.com

Secure Your Future with Zehl





google.com/sear

# Google    Sign in

sahara reporters email

**All**    News    Images    Short videos    Video

**AI Overview**    +2

Sahara Reporters has two main email addresses for general inquiries and advertising. To submit citizen reporting material, use saharareporterstv@gmail.com. For customer service or privacy policy requests, use customerservice@saharareporters.com. If you are interested in advertising, you can email marketing@saharareporters.com or use the form on the Sahara Reporters website.

Advertise - Sahara Reporters





# Submit a story

Do you have a story or a tip to share? If so, use the form below to submit a report to our editors. Tip Name Title Title - None - Miss…

## People also ask

**What is the email address for Sahara Group?**

**Who is the head of Sahara reporters?**

**Where are Sahara reporters located?**

Feedback

**Sahara Reporters**
https://saharareporters.com

## Advertise

E-mail us at marketing@saharareporters.com or use the form below. Your Name. Your Email. Inqui…