IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LILIAN ONOH,           § | | |
|    PLAINTIFF,     § | | |
| § | | |
| VS.          § | CIVIL ACTION NO. 4:25-cv-00298-O | |
| § | | |
| SAHARA REPORTERS MEDIA GROUP, § | | |
| INC., and LA KIESHA LANDRUM-PIERRE, § | | |
|    DEFENDANTS.     § | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUED SERVICE**

This Court has heard Plaintiff's Motion for Substituted Service on Defendants, Sahara Reporters Media Group, Inc. and La Kiesha Landrum-Pierre, by a manner other than by delivery in person. This Court heard and considered the motion and the supporting affidavits and is of the opinion that Plaintiff has attempted service to the Defendants in person pursuant to the Federal Rules of Civil Procedure but that such attempted service has not been successful. This Court is of the opinion that La Kiesha Landrum-Pierre may be served, personally and on behalf of Sahara Reporters Media Group, Inc., by email and that the manner of service ordered will be reasonably effective to give both Defendants notice of this suit.

THEREFORE, IT IS ORDERED that service on Defendants, Sahara Reporters Media Group, Inc. and La Kiesha Landrum-Pierre, may be completed by emailing the citation, Original Complaint, and this order to the following addresses: lakeisha.landrum@gmail.com, customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com.

    SIGNED on _____.

_____
JUDGE PRESIDING