IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LILIAN ONOH, § § § Plaintiff, § § v. § Civil Action No. 4:25-CV-00298-O § SAHARA REPORTERS MEDIA § GROUP INC, ET AL., § § Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion for Substituted Service (ECF No. 4), filed on June 6, 2025. The Court hereby **REFERS** this Motion to United States Magistrate Judge Hal R. Ray, Jr. *See* 28 U.S.C. § 636(b)(1). Further pleadings concerning this Motion shall be filed with a transmittal letter addressed to Magistrate Judge Ray.

**SO ORDERED** on this **9th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE