IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LILIAN ONOH, | § | |
|    PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-00298-O |
| | § | |
| SAHARA REPORTERS MEDIA GROUP, | § | |
| INC., and LA KIESHA LANDRUM-PIERRE, | § | |
|    DEFENDANTS. | § | |

## PLAINTIFF'S SECOND MOTION FOR SUBSTITUED SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Lilian Onoh files this Second Motion for Substituted Service on Defendants Sahara Reporters' Media Group, Inc. and La Kiesha Landrum-Pierre. In support of this motion, Plaintiff would show this honorable court as follows:

### I. Unsuccessful Personal Service

1.    Onoh filed this action seeking to recover damages for defamation and intentional infliction of emotional distress caused when the Defendants published false statements about her.

2.    As set forth in Onoh's first motion for substituted service, Onoh forwarded the citations and copies of the *Plaintiff's Original Complaint* to Veronica Solano for service upon Defendant Landrum-Pierre who is both an individual defendant and an officer for Sahara Reporters' Media Group, Inc ("Sahara Reporters"). The address that Onoh found for Defendant Landrum-Pierre was 3648 E. Longridge Dr., Orange, California 92867. Ms. Solano made four (4) separate attempts to personally serve Defendant Landrum-Pierre with this process. All attempts were unsuccessful.

3.      Onoh then commissioned a skip trace for Defendant Landrum-Pierre. The result of that trace again returned that Defendant Landrum-Pierre's current address was 3648 E. Longridge Dr., Orange, California 92867. Onoh has discovered email addresses for Defendant Landrum-Pierre and for Defendant Sahara Reporters. Those addresses are lakeisha.landrum@gmail.com,                    customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com.

4.      After the Court denied Onoh's first Motion for Substituted Service, Onoh's counsel attempted to serve the Defendants by certified mail. Those certified mailings were returned to Onoh's counsel as undelivered. Further, Onoh's counsel contacted the process server to inquire whether posting the summons and citation on the front door of the address that Onoh has for Defendant Landrum-Pierre's residence would be sufficient to provide notice to the Defendant of this litigation. Unfortunately, the process server indicated that she did not think it would be.

5.      In a last ditch effort to complete service on the Defendants, Onoh's counsel emailed the summons and the complaint to the four email addresses listed above on August 24, 2025.

## II. Request for Substituted Service

6.      Based on Solano's attempted service and on the skip trace results, Onoh believes that the only chance that she will have to serve Defendant Landrum-Pierre and Defendant Sahara Reporters will be through one of the email addresses for those Defendants. As Defendant Landrum-Pierre is the Chief Executive Officer for Defendant Sahara Reporters, Onoh's service on both Defendants would be effective at any of the email addresses.

7.      Federal Rule of Civil Procedure 4 (e) allows a Plaintiff to serve an individual in a judicial district of the United States by: *(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is*

*located or where service is made... . Fed. R. Civ. P.* 4(e).

8.      Texas Rule of Civil Procedure 106 (b) provides that, upon motion supported by a sworn statement that the defendant may be found at a location where personal service has been attempted but failed, a court may permit an alternative service including leaving a copy of the citation and petition with someone over the age of sixteen at the location, ***posting on social media or email***, or other manner which is reasonably effective to give notice of the suit to the defendant. *Tex. R. Civ. P.* 106.

9.      Onoh requests that this Court allow her to complete service of process on Defendants serving a copy of the citation, the Original Complaint, and this Court's order to Defendants to the following email addresses: lakeisha.landrum@gmail.com, customerservice@saharareporters.com, SaharaReportersTV@gmail.com, and marketing@saharareporters.com.

WHEREFORE, PREMISES CONSIDERED, Onoh requests that this Court order service on Defendants by the above-referenced methods or in such other manner as this Court finds will be reasonably effective to give the Defendants notice of this suit, and that a true copy of this Court's order for substituted service be attached to and included with the citation and complaint to be served.

Respectfully submitted,


*WESTERBURG & THORNTON, P.C.*
8080 N. Central Expressway, Suite 1700
Dallas, Texas 75206
Phone No.:    214.528.6040
Facsimile:    214.540.7207
Email:         steve@mwtlaw.com


By:    *Steven Thornton*
       Steven Thornton
       State Bar No. 00789678

**ATTORNEY FOR PLAINTIFF**