IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LILIAN ONOH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00298-O |
| § | |
| SAHARA REPORTERS MEDIA § | |
| GROUP INC, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion to Transfer Venue (ECF No. 10). The Motion requests that the Court transfer this case from the Fort Worth Division to the Dallas Division of the Northern District of Texas because Plaintiff moved her residence from Arlington, Texas to Lewisville, Texas. *Id.* at 1. However, Lewisville, Texas is primarily located in Denton County, which is in the Eastern District of Texas. Thus, the Dallas Division does to appear to be a division where the case "might have been brought." 28 U.S.C. § 1404. For this reason, the Court **DENIES** Plaintiff's Motion to Transfer.

**SO ORDERED** on this **23rd day** of **December, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**